# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EXECUTIVE TRANSPORTATION CO. INC., ACEONE TRANS CO., AF TAXI, INC., AG TAXI, INC., AGB TRANS, INC., ALMAR TAXI, INC., TS CAB, INC, BAG TRANS, INC., BNG CAB CO., BNA CAB CO., BNJ CAB, INC., BOND TAXI, INC., BSP TRANS, INC., DOUBLE A CAB CO., FAD TRANS, INC., GA CAB, INC., GD CAB, INC., GN TRANS, INC., GOD BLESS AMERICA TRANS, INC., GRACE TRANS, INC., IA TRANS, INC., JARNAIL TAXI, INC., : JAYDAN, INC. LAN TRANS, INC., LMB TAXI, INC. MAF TRANS, INC., MDS CAB, INC., MG TRANS CO., NOBLE CAB, INC., ODESSA TAXI, INC., RAV TRANS, INC., ROSEMONT TAXICAB CO, INC., S&S TAXI CAB, INC., SAJ TRANS, INC., SABA TRANS, INC., SF TAXI, INC., SOCIETY TAXI, INC., STEELE TAXI, INC., TGIF TRANS, INC., V&S TAXI, INC., VAL TRANS, INC., VB TRANS, INC., AND VSM TRANS, INC. BM ENTERPRISES, INC., T/A A.G. TAXI, BUCKS COUNTY SERVICES, INC., DEE DEE CAB COMPANY, GERMANTOWN CAB COMPANY, RONALD CAB, INC., T/A COMMUNITY CAB, SHAWN CAB, INC., T/A DELAWARE COUNTY CAB, AND SAWINK, INC., T/A COUNTY CAB,

     Petitioners

   v.

PENNSYLVANIA PUBLIC UTILITY COMMISSION,

     Respondent

: No. 214 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

# **ORDER**

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.